UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS KELLY, | ) | NO. CV 05-2191-VBF (MAN) |
| Plaintiff, | ) | ORDER ACCEPTING AND ADOPTING |
| v. | ) | FINDINGS, CONCLUSIONS, AND |
| SRN L. JOHNSON, et al., | ) | RECOMMENDATIONS OF UNITED STATES |
| Defendants. | ) | MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, defendant Brown's motion for summary judgment, and the Report and Recommendation of United States Magistrate Judge.  The time for filing objections has passed, and no objections have been filed.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that: (1) the motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, filed by defendant Brown is GRANTED; and (2) and this action is dismissed with prejudice.

1  **IT IS FURTHER ORDERED** that the Clerk shall serve copies of this
2  Order on plaintiff and counsel for defendant.

4  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6  DATED: October 6, 2008

                                        */s/ Valerie Baker Fairbank*
                                        VALERIE BAKER FAIRBANK
                                        UNITED STATES DISTRICT JUDGE

2