# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KELLY, | ) NO. CV 05-2191-VBF (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| SRN. L. JOHNSON, et al., | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: October 6, 2008

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE